# U. S. BANKRUPTCY COURT
## Northern District of Alabama, Northern Division
## AMENDED Chapter 13 Plan

Case No. **15-80389-CRJ13**

| | | | |
|---|---|---|---|
| In re: | **Wayne Allen Tidmore** SS#: **1084** | Net Monthly Earnings: | **$2890.17** |
| | **Linda Reed Tidmore** SS#: **8873** | Number of Dependents: | 2 |
| | **5176 Co. Rd. 23, Mt. Hope, AL 35651**: | | |

I. Plan Payments:

(X) Debtor(s) propose to pay direct a total of **$516.00** ☐ weekly ☐ biweekly ☐ semi-monthly ■ monthly into the plan for **2** months;

then **$529.00** ☐ weekly ☐ biweekly ☐ semi-monthly ■ monthly into the plan for **58** months;

(__) Payroll deduction Order: To_____ for $_____ ☐ weekly ☐ biweekly ☐ semi-monthly ☐ monthly

Length of plan is approximately **60** months, and the total amount of debt to be disbursed by the Trustee is approximately **$31,714.00**

II. From the payments received, the trustee shall make disbursements as follows:

Payments by the Trustee – From money received, the trustee shall first pay 507(a)(2) costs, including 503(b) claims of filing fees and then attorneys fees. Allowed secured claims will receive 1.5% of the amount of such claims monthly from the date of confirmation, or from the bar date if the claim is filed after confirmation, until the debtor's attorneys fee is paid in full. At such time as the debtor's attorneys fee is paid, the allowed secured claims shall be paid in monthly payments as set forth below.

A. PRIORITY CLAIMS (INCLUDING ADMINISTRATIVE EXPENSES AND SUPPORT) [See § 1322(a)(2)]

The following priority claims, if allowed, will be paid in full unless creditor agrees otherwise:

| CREDITOR | TYPE OF PRIORITY | SCHEDULED AMOUNT | MONTHLY PAYMENT |
|---|---|---|---|
| None | | | |

B. Total ATTORNEY FEE: **$2,500.00**; $0.00 paid pre-petition; $350.00 to be paid at confirmation and $_____ per month

C. The holder of each SECURED claim shall retain the lien securing such claim until a discharge is granted and such claim shall be paid in full with interest in deferred cash payments as follows:

1. Long Term Debts

| Name of Creditor | Total Amount of Debt | Amount of regular payment to be paid by Trustee ■by Debtor | Regular Payments to begin: Month/Year | Arrears to be paid by Trustee | Months Included in arrearage amount | Proposed Interest Rate Arrearage | Proposed fixed payments in Arrearage |
|---|---|---|---|---|---|---|---|
| **Citifinancial** | **$72,840.00** | **$750.00** | **02/2015** | **$929.36** | **2** | **11.748%** | **$25.00** |

2. Secured Debts (not long term debts) to be paid through Trustee:

| Name of Creditor | Adequate Protection Payments | Total Amount of debt | Debtor's Value | Unsecured Portion | Description of collateral | Proposed Interest Rate | Proposed fixed payments | Fixed payment to begin |
|---|---|---|---|---|---|---|---|---|
| **Alabama Central Credit Union** | **$50.59** | **$5,059.00** | **$5,975.00** | **0.00** | **2010 Ford Fusion** | **5.25%** | **$96.05** | **3/2015** |

III. Other debts not shown in 1 or 2 above which Debtor(s) propose to pay direct:

| Name of Creditor | Total amount of debt | Amount of Regular Payment | Description of collateral | Reason for direct payment |
|---|---|---|---|---|
| None | | | | |

IV. Special Provisions. Explanation:

    ____ This is an original Plan.
    _X_ This is an amended plan replacing plan dated 02/12/2015
    _X_ This plan proposes to pay unsecured creditors **100%**.
    ____ Other Provisions

| | | |
|---|---|---|
| Attorney for Debtor | Dated: **05/13/2015** | *s/ Wayne Allen Tidmore* |
| **Michael F. Terry** | | Wayne Allen Tidmore, Debtor |
| **PO Box 581** | | |
| **Moulton, AL 35650** | | |
| **(256) 974-8825** | | |
| | | *s/ Linda Reed Tidmore* |
| *s/ Michael F. Terry* | | Linda Reed Tidmore, Joint Debtor |

Wayne Allen Tidmore
Linda Reed Tidmore
Case No. 15-80389-CRJ-13
Amended Ch. 13 Plan

## CERTIFICATE OF SERVICE

     I do hereby certify that I have on this 13th day of May, 2015 served a copy of the Amended Chapter 13 Plan on the following and all on the clerk's certified matrix dated May 13, 2015 from PACER by mailing the same by U.S. mail properly addressed and first class postage prepaid:

Michael Ford
Trustee
PO Box 2388
Decatur, AL 35602


                                      *__s/ Michael F. Terry__*
                                      Michael F. Terry

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1126-8<br>Case 15-80389-CRJ13<br>NORTHERN DISTRICT OF ALABAMA<br>Decatur<br>Wed May 13 14:33:18 CDT 2015 | ALABAMA CENTRAL CREDIT UNION<br>P.O. BOX 2327<br>BIRMINGHAM, AL 35291-0001 | U. S. Bankruptcy Court<br>400 Well Street<br>P. O. Box 2775<br>Decatur, AL 35602-2775 |
| 1st Cash Express<br>14222 Hwy 43<br>Russellville, AL 35653-2839 | AT&T<br>c/o Franklin Coll. Service<br>PO Box 3910<br>Tupelo, Mississippi 38803-3910 | AT&T Mobility<br>PO Box 536216<br>Atlanta, GA 30353-6216 |
| AT&T Mobility II LLC<br>% AT&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 | Advance America<br>12441 AL Hwy 157<br>Moulton, AL 35650-1063 | (p)ALABAMA CENTRAL CREDIT UNION<br>PO BOX 2327<br>BIRMINGHAM AL 35201-2327 |
| BellSouth Telecommunications, Inc.<br>% AT&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 | Cash Masters<br>13724 Hwy 43<br>Russellville, AL 35653-2834 | Cash Spot<br>attn Brenda Stovall<br>310 Jackson Ave N<br>Russellville, AL 35653-2345 |
| Cashmasters<br>attn Tracy Fields<br>14529 Court St<br>Moulton, AL 35650-1201 | Check Advance<br>14001 Hwy 43<br>Russellville, AL 35653-2849 | Check N Go<br>15046 Hwy 43<br>Russellville, AL 35653-1959 |
| CitiFinancial Servicing LLC<br>P.O. Box 6043<br>Sioux Falls, SD 57117-6043 | Citifinancial<br>PO Box 183172<br>Columbus, OH 43218-3172 | First Cash Express, LLC<br>263 West Spring Street<br>Cookeville, TN 38501-3268 |
| Laurence Carmichael<br>c/o Odem & Odem Attorneys<br>210 W Tennessee St<br>Florence, AL 35630-5420 | Liberty Finance<br>14001 Hwy 43 Ste 8<br>Russellville, AL 35653-2850 | SFC-Central Bankruptcy<br>P.O. Box 1893<br>Spartanburg, SC 29304-1893 |
| (p)SECURITY FINANCE CENTRAL BANKRUPTCY<br>P O BOX 1893<br>SPARTANBURG SC 29304-1893 | Sun Loans<br>attn Kimberly D White<br>14001 Hwy 43, Ste 4<br>Russellville, AL 35653-2850 | Title Cash<br>14520 Hwy 43<br>Russellville, AL 35653-2575 |
| World Acceptance Corp of AL<br>14001 Hwy 43, Ste 5<br>Russellville, AL 35653-2850 | World Finance Corporation<br>14001 Highway 43,<br>Suite 5<br>Russellville, AL 35653-2850 | Linda Reed Tidmore<br>5176 Co Rd 23<br>Mount Hope, AL 35651-9796 |
| Michael Ford<br>Chapter 13 Standing Trustee<br>P.O. Box 2388<br>Decatur, AL 35602-2388 | Michael F Terry<br>P. O. Box 581<br>Moulton, Al 35650-0581 | Wayne Allen Tidmore<br>5176 Co Rd 23<br>Mount Hope, AL 35651-9796 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Alabama Central Credit Union<br>3601 4th Ave. S<br>Birmingham, AL 35222 | Security Finance<br>14001 Hwy 43, Ste 22<br>Russellville, AL 35653 | End of Label Matrix<br>Mailable recipients   29<br>Bypassed recipients    0<br>Total   29 |